**Entered on Docket**
**March 15, 2010**
GLORIA L. FRANKLIN, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: March 15, 2010**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____



1  KATHERINE JOHNSON (CA SBN 259854)
   CASPER J. RANKIN (CA SBN 249196)
2  JOSEPH C. DELMOTTE (CA SBN 259460)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

7  Attorneys for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET
   BACKED SECURITIES TRUST 2006-NC1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM EARL OVERTON, JR. AND<br>CHRISTINE REYES OVERTON,<br><br><br><br><br><br><br>Debtor(s). | Case No. 10-40213-LJT<br><br>Chapter 7<br><br>R.S. No. CJR-549<br><br>ORDER GRANTING MOTION FOR<br>RELIEF FROM AUTOMATIC STAY<br><br>DATE: March 5, 2010<br>TIME: 11:00 a.m.<br>CTRM: 201<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on March 5, 2010 at 11:00 a.m. in courtroom 201, upon the Motion of US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of William Earl Overton, Jr. and Christine Reyes Overton ("Debtors") commonly known as 8008 Kentshire Drive, Las Vegas, Nevada 89117 (the "Real Property"), which is legally described as follows:

- 1 -

LOT THIRTEEN (13) IN BLOCK "B" OF LEWIS HOMES – CIMARRON VILLAGE NO. 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 61 OF PLATS, PAGE 78, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

William Earl Overton, Jr.
442 Sparrow Drive
Hercules, CA 94547

Christine Reyes Overton
442 Sparrow Drive
Hercules, CA 94547

Michael J. Primus
Law Offices of Michael J. Primus
500 Alfred Nobel Dr. #135
Hercules, CA 94547
Debtor Attorney

Paul Mansdorf
1563 Solano Ave. #703
Berkeley, CA 94707
Chapter 7 Trustee

Ocwen Loan Servicing
c/o Managing or Servicing Agent
PO Box 6440
Carol Stream, IL 60197

- 3 -